No. 03–11070. WALDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–11071. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–11072. MAHORNEY v. JORDAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–11073. PERKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–11074. BISHOP v. CITY OF HENDERSON, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–11075. SANDOVAL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–11076. ROUSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–11077. RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–11078. RIVERA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–11079. ADKINS v. HOLLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–11080. MONTANIO v. FARWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–11081. OSTRANDER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–11082. AVILES v. HUANG ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–11083. ANGEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–11084. OTTO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.